UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BRYAN VELAZQUEZ,

                Plaintiff,

-against-

STEWART SURFBOARDS, INC.,

                Defendant.

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2023
```

23-CV-01724 (PGG)(SN)

**ORDER**

SARAH NETBURN, United States Magistrate Judge:

      On March 17, 2023, Plaintiff filed an affidavit of service for Defendant. ECF No. 6. On Mach 27, 2023, the Court granted Plaintiff's request, filed on Defendant's behalf, that their time to answer be extended to April 26, 2023. As of today, Defendant has not filed a notice of appearance, responsive pleading, or any other motion. No later than May 12, 2023, Plaintiff shall file a letter informing the Court whether Plaintiff has been in further contact with Defendant. The letter should also state whether Plaintiff intends to move for default judgment.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    May 8, 2023
             New York, New York